UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              CHAPTER 13 CASE

Christopher Hanson                                  BKY 10-43407
Sara A Hanson
                                                    ORDER
            Debtors.
_____

This case is before the court on the motion of US Bank N.A. seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated May 19, 2003, executed by Christopher P Hanson and Sara A Hanson, husband and wife, recorded on June 02, 2003, as Document No. 852824, covering real estate located in Wright County, Minnesota, legally described as:

   Lot 10, Block 1, Groveland Addition, Wright County, Minnesota.
   And commonly known as 10106 Park Place Drive, Monticello, Minnesota 55362

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: April 7, 2011

                                        /e/ Robert J. Kressel
                                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/07/2011
Lori Vosejpka, Clerk, by LMH